IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-2053-ZLW-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHEMICAL WASTE MANAGEMENT, INC.,

    Defendant.

___

ORDER
___

It is ORDERED that Plaintiff's Unopposed Motion To Enter Consent Decree is granted, and the Consent Decree shall be entered herewith.  It is

FURTHER ORDERED that this Court's Minute Order dated December 20, 2005, is vacated.  It is

FURTHER ORDERED that this case is now closed on the docket of this Court.

DATED at Denver, Colorado, this __3__ day of January, 2006.

                            BY THE COURT:

                            *[signature]*

                            ZITA L. WEINSHIENK,  Senior Judge
                            United States District Court